1144

ber 22, 1899.) Action by Julia A. Peckham, as administratrix, etc., against the New York, Ontario & Western Railway Company. No opinion. Judgment and order affirmed, with costs. ·

PEOPLE, Respondents, v. MERSHON, Appellant. (Supreme Court, Appellate Division, Second Department. December 12, 1899.) Proceedings by the people of the state of New York against Stephen L. Mershon.

PER CURIAM. Section 545 of the Code of Criminal Procedure is mandatory. When a judgment of conviction is reversed, unless a new trial is granted, the appellate court must direct, if the defendant be in custody, that he be discharged; if not, that his bail be exonerated, or the money deposited in lieu thereof be returned. The error in the disposition of this case was made in the order of this court, which, assuming that the defendant was in custody, directed his discharge, while, the defendant being as a matter of fact on bail, it should have directed that his bail be exonerated. But under section 549 of the Code, after the judgment of this court is remitted, we have no further jurisdiction on the appeal; and therefore, before we can correct the error, we must obtain a return of the remittitur. The clerk is directed to respectfully request the county court of Orange county to return the same.

PEOPLE, Respondents, v. MERSHON, Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1899.) Proceedings by the people of the state of New York against Stephen L. Mershon. No opinion. The remittitur from this court having been returned, order resettled.

PEOPLE, Respondents, v. SANDS, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Proceedings by the people of the state of New York against Frederick C. Sands.

PER CURIAM. The indictment is fatally defective, in failing to aver the intention of the defendant, which is the essence of his criminality, to wit, either to deprive or defraud the true owner of his property, or the use or benefit thereof, or to appropriate it to the use of the taker or some other person. Judgment of conviction reversed, and defendant discharged, unless, at the next term of court, a new indictment is found by the grand jury. The prosecution is given leave to apply to such court for the privilege of resubmitting the case.

PEOPLE, Respondents, v. WOODBECK, Appellant. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Proceedings by the people of the state of New York against Charles Woodbeck. No opinion. Order affirmed, without costs. All concur, except LANDON, J., dissenting, and PUTNAM, J., not voting.

PEOPLE ex rel. BROOKS, Respondent, v. DILLON et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 12, 1899.) Proceedings by the people, on the relation of George Brooks, against Michael J. Dillon, as mayor, and others. No opinion. Order affirmed, with $10 costs and disbursements, on opinion in People v. Dillon (decided herewith) 61 N. Y. Supp. 537.

PEOPLE ex rel. CLIFFORD, Appellant, · v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 8, 1899.) Proceedings by the people, on the relation of Robert Clifford, against Bernard J. York and others. L. Hanneman, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. COOGAN, Respondent, v. MORGAN, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Proceedings by the people, on the relation of Michael Coogan, against William J. Morgan, as comptroller, etc. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except PUTNAM, J., not voting.

PEOPLE ex rel. FOSTER, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 8, 1899.) Proceedings by the people, on the relation of Henry Foster, against Bernard J. York and others. L. Hanneman, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. FRAIR, Respondent, v. BRINKERHOFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) Proceedings by the people, on the relation of Martin E. Frair, against Joseph W. Brinkerhoff. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. GOODRICH, Appellant, v. SOUTHWORTH LIBRARY ASS'N, Respondent. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Proceedings by the people, on the relation of George E. Goodrich, against the Southworth Library Association. No opinion. Order affirmed, without costs.

PEOPLE ex rel. GRADY, Appellant, v. GLEASON et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 19, 1899.) Proceedings by the people of the state of New York, on the relation of Alexander Grady, against Patrick J. Gleason and others, composing the board of fire commissioner of Long Island City. No opinion. Determination of the board of fire commissioners of Long Island City annulled, with $10 costs and disbursements, and relator reinstated in the fire department as foreman.

PEOPLE ex rel. HICKSON, Appellant, MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 8, 1899.) Proceedings by the people, on the relation of William Hickson, against Frank Moss and others. F. B. House, for appellant. Farley, for respondents. No opinion. Writ dismissed, with costs.